```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

ANGELA J. STALLWORTH, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 01-0833-CB-M
:
JO ANNE B. BARNHART, :
Commissioner of :
Social Security, :
:
    Defendant. :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's attorney's Petition for Authorization of Attorney Fees be and is hereby **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter, be and is hereby **AWARDED** a fee of $1,888.50 for his services before this Court.

DONE this 7th day of August, 2006.

                                                  *<u>s/Charles R. Butler, Jr</u>*
                                                **Senior United States District Judge**